WOLF v. GLUCK.

(Supreme Court, Appellate Term.  . October 5, 1898.)

LANDLORD AND TENANT—ASSIGNEE OF LESSEE—LIABILITY FOR RENT.
      A tenant's assignee is not liable for rent that was payable before the
   assignment, though it was payable in advance for a period within which
   the assignment was made.

Appeal from Fifth district court.

Action by Pauline Wolf against Adolf Gluck.   From a judgment
for plaintiff, defendant appeals.   Reversed.

Argued before BEEKMAN, P. J., and GILDERSLEEVE and GIE-
GERICH, JJ.

L. S. Finn, for appellant.

M. Schaap, for respondent.

PER CURIAM.   The defendant could be liable for rent only on
the theory that he was the assignee of Friedman, who was the tenant
of the premises in question, under a lease from the plaintiff.   An
assignee is liable only for rent which falls due under the lease after

the assignment.   There can be no recovery against him for rent which became payable before the assignment, even though it was payable in advance for a period within which the assignment was made. McAdam, Landl. & Ten. p. 283.   It appears from the record that, if there was any assignment at all, it was made after the due date of the rent in question.   Consequently, the defendant was not liable for it.

The judgment must therefore be reversed, and a new trial ordered, with costs to the appellant to abide the event.